Case 4:24-cr-00559 *SEALED* Document 6 filed on 11/18/24 in TXSD Page 1 of 1
Case 5:25-mj-01011-HNJ Document 1-1 Filed 01/23/25 Page 1 of 3 FILED
2025 Jan-23 PM 05:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 442 (Rev. 11/11) Arrest Warrant

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| versus | § | Criminal No. 4:24−cr−00559 *SEALED* |
| Jose Ulises Martinez−Ortiz | § | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Jose Ulises Martinez−Ortiz**, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation  ☐ Pretrial Release Violation  ☐ Supervised Release Violation  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Ct.1: Conspiracy to Possess With Intent to Distribute Methamphetamine [21 USC §§ 846, 841(a)(1), and 841(b)(1)(A)(viii)]

Ct.2: Possession with Intent to Distribute Methamphetamine [21 USC §§ 841(a)(1) and 841(b)(1)(A)(viii), and 18 USC § 2]

Date: November 1, 2024

City and state: Houston, TX

*Antonio B. Banda*
*Issuing officer's signature*

Antonio B. Banda, Deputy Clerk

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____, at *(city and state)* _____.

Date:_____

_____
*Arresting officer's signature*

_____
*Printed name and title*

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
*October 30, 2024*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **CRIMINAL NO. 4:24-cr-00559** |
| | § | |
| **JOSE ULISES MARTINEZ-ORTIZ** | § | |
| Defendant. | § | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
**(Conspiracy to Possess with Intent to Distribute Methamphetamine)**

Between on or about April 3, 2024, and continuing until on or about April 11, 2024, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant**,

**JOSE ULISES MARTINEZ-ORTIZ,**

did knowingly and intentionally conspire and agree with others known and unknown to the Grand Jurors, to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii).

### COUNT TWO
**(Possession with Intent to Distribute Methamphetamine)**

On or about April 3, 2024, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant**,

**JOSE ULISES MARTINEZ-ORTIZ,**

did knowingly and intentionally aid, abet, and assist others known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved a quantity of 500 grams or more of a mixture and substance containing a detectable amount of

1

methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## NOTICE OF CRIMINAL FORFEITURE
### (21 U.S.C. § 853(a))

Pursuant to Title 21, United States Code, Section 853(a), the United States of America gives notice to **Defendant**,

**JOSE ULISES MARTINEZ-ORTIZ,**

that upon conviction of an offense in violation of Title 21, United States Code, §§ 841 or 846, the following is subject to forfeiture:

1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

2) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, including but not limited to the following:

   a) Zastava Arms rifle, model ZPAPM70, 7.62x39mm in caliber, SN Z78-163739.

A TRUE BILL:

Original Signature on File
_____
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*Leo J. Leo III*
LEO J. LEO, III
STEPHANIE BAUMAN
SHERIN S. DANIEL
Assistant United States Attorney

TRUE COPY I CERTIFY
ATTEST: November 14, 2024
NATHAN OCHSNER, Clerk of Court
By: s/*George Kelner*
_____
Deputy Clerk

2